# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC FISHER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-17-92-R ) |
| NANCY A. BERRYHILL, Acting Commissioner the SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Gary M. Purcell entered January 4, 2017. (Doc. No. 21). No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the decision of the Commissioner is affirmed.

IT IS SO ORDERED this 26th day of January, 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE